# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>ANTOINE L. JACKSON,<br><br>         Defendant. | Case No. 16-CR-185-JPS<br><br><br><br>**ORDER** |

    On November 15, 2016, the government filed a two-count indictment against Defendant for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and bank robbery, in violation of 18 U.S.C. § 2113(a). (Docket #1). On December 30, 2016, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to both counts of the indictment. (Docket #12 at 1–2).

    The parties appeared before Magistrate Judge David E. Jones on January 23, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #15). Defendant entered a plea of guilty as to both counts of the indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by independent factual bases containing each of the essential elements of the offenses. (Docket #17 at 1–2).

    Thereafter, on January 25, 2017, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed

accordingly. *Id.* at 2. Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (Docket #17 at 2–3).

To date, no party has filed such an objection.

The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' Report and Recommendation (Docket #17) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 14th day of February, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge